UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-8950-Civ-Middlebrooks/Vitunac

THOMAS R FARESE,

    Plaintiff,

v.

KENNETH J. SCHERER, et. Al.,

    Defendant.

_____/

## UPDATED STATUS REPORT

The Escrow Agent files this Status Report pursuant to the Court's Omnibus Order dated January 16, 2007.

1. The deeds to the premises and the adjacent lots have been returned to CSE on April 17, 2009.

2. The dismissals have been filed in State Court cases; 98-6098-AJ; 97-9126-AJ; 97-8006-AJ; 97-146-AJ and 00-789-AJ.

3. The dismissal has been filed in Federal Court case 00-8950.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing to the attached certificate of service list_____, this 5th day of May 2009.

    THE LABBE LAW FIRM, P.A.
    Escrow Agent for the Parties
    224 Datura Street, Ste 1115
    West Palm Beach, FL 33401
    Telephone (561) 820-0010
    Facsimile: (561) 820-0051

    By: _____
    JENNIFER LABBE, ESQ.
    Florida Bar No. 186661