UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-8950-CIV-MIDDLEBROOKS/VITUNAC
(CIVIL RICO ACTION)

THOMAS R. FARESE,

    Plaintiff,

Vs.

KENNETH J. SCHERER,
HARALD DUDE, FLORIDA VENTURES, INC.,
MOBILE MANAGEMENT CORP., PALM BEACH
VENTURES, ET AL.,

    Defendants.
_____/

## NOTICE OF DISMISSAL

Please take notice that pursuant to the Stipulation of Settlement in this case, the above entitled action is discontinued and dismissed with prejudice pursuant to the Stipulation of Settlement approved by the Court (DE 1307/ 1318).

Respectfully submitted,

David Goldstein, Esquire
The Four Seasons
1441 Brickell Avenue Suite 1003
Miami, Florida 33131
T.305/372-3535 F. 305-577-8232
Fla Bar No. 156003
For the Plaintiff

Barry Roderman, Esquire
500 West Cypress Creek Road, Suite 370
Fort Lauderdale, Florida 33309
T. 954-761-8810 Fax 1-954-761-9911

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing to each of the persons listed below by fax and first class mail on this ____ day of _____, 2002.

_____
Barry Roderman/David Goldstein

## SERVICE LIST

**GARY J. ROTELLA & ASSOCIATES, P.A.** Counsel for Defendants, Harald Dude, Mobile Management Corp., Florida Ventures, Inc. and Palm Beach Ventures, Inc.
New River Center, Suite 1850
200 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2276
Telephone:(954) 763-2500
Facsimile:(954) 467-2231
E-Mail:rotellagar@aol.com
Method Of Service: Transmission of Notices Of Electronic Filing generated by CM/ECF


Barry G. Roderman, Esquire
E-Mail: bgr@barryroderman.com
500 West Cypress Creek Road Suite 370
Fort Lauderdale, FL 33096
Telephone:      (954) 761-8810
Facsimile:      (954) 761-9911
Attorney for Plaintiff
Party's Name: Thomas R. Farese
Method Of Service: Transmission of Notices Of Electronic Filing generated by CM/ECF

David M. Goldstein, Esquire E-Mail:david@dmgpa.com     The Four Seasons
1441 Brickell Avenue, Suite 1003
Miami, FL 33131
Telephone:      (305) 372-3535
Facsimile:      (305) 511-8232
Attorney for Plaintiff
Party's Name: Thomas R. Farese
Method Of Service: Transmission of Notices Of Electronic Filing generated by CM/ECF

Harris K. Solomon, Esquire
E-Mail: harris.solomon@brinkleymorgan.com
Brinkley, Morgan, Solomon, Tatum,
Stanley, Lunny & Crosby, LLP

2

New River Center, Suite 1900
200 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2276
Telephone:      (954) 522-2200
Facsimile:       (954) 522-9123
Attorney for Defendant
Party's Name: Congress Shopping Center, Ltd.
Method Of Service: Transmission of Notices Of Electronic Filing generated by CM/ECF


Honorable Ann E. Vitunac
E-Mail: Unknown
United States District Court Magistrate Judge
United States District Court
701 Clematis Street, Room 402
West Palm Beach, FL 33401
Telephone:    (561) 803-3440
Facsimile:    Unknown
Party's Name: N/A
Method Of Service: Transmission of Notices Of Electronic Filing generated by CM/ECF
And by First Class Mail

| Thomas R. Farese | James L. Eisenberg, Esquire |
|---|---|
| 65 N.E. 4th Avenue, Suite "G" | EISENBERG & FOUTS, P.A. |
| Delray Beach, Florida 33483 | Co-Counsel for Defendant |
| T. 561-279-0733 F. 561-276-7099 | 250 Australian Avenue South, Suite 704 |
| Email: tfarese@rakamerica.com | West Palm Beach, FL 33401-5007 |
| Plaintiff Appellant Pro Se | 561/659-2009 |
| By Email and First Class Mail | Facsimile: 561/659-2380 |
|  | E-Mail: bigjimlaw@aol.com |
| Marshall Rosenbach, Esquire | Charles H. Damsel, Esquire |
| Law Offices of Marshall E. Rosenbach | Special Master |
| 468 N. Camden Drive, Suite 200 | 1803 South Australian Avenue, Suite A |
| Beverly Hills, California 90210 | West Palm Beach, Florida 33409 |
| Jennifer Labbe, Esquire |  |
| The Labbee Law Firm, P.A. |  |
| 319 Clematis Street, Suite 701 |  |
| West Palm Beach, Florida 333401 |  |
| T.561-820-0010 F.561-820-0051 |  |