UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-8950-CIV-MIDDLEBROOKS

THOMAS R. FARESE,
    Plaintiff,

v.

KENNETH J. SCHERER, et al.
    Defendants.
_____/



## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 1462]

THIS CAUSE comes before the Court upon the Motion of Defendants Harald Dude and Congress Shopping Center, Ltd. for Attorneys' Fees and Costs Pursuant to L.R. 7.3 [DE 1439], filed July 7, 2009, and the Magistrate Judge's Report and Recommendation ("Report") [DE 1462]. The Court has reviewed the record and the Report. No party has filed an objection to the Report. Accordingly, for the reasons set forth in the Report and an independent *de novo* review, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Vitunac's Report [DE 1462] is **RATIFIED, ADOPTED and APPROVED** in its entirety. Defendants' Motion for Attorneys' Fees and Costs [DE 1439] is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___28___ day of October, 2009.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

cc:    Hon. Ann E. Vitunac;
        Counsel of Record.

1